JEFFREY D. POLSKY (State Bar No. 120975)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
jpolsky@foxrothschild.com

DAVID E. LURIE *(pro hac vice)*
THOMAS E. LENT *(pro hac vice)*
SARA A. LAROCHE *(pro hac vice)*
LURIE & KRUPP, LLP
One McKinley Square
Boston, MA 02109
Telephone: (617) 367-1970
Facsimile: (617) 367-1971
dlurie@luriekrupp.com
tlent@luriekrupp.com
slaroche@luriekrupp.com

Attorneys for Defendants
LECG DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD CHANG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LECG CORPORATION DEFERRED COMPENSATION PLAN FOR EMPLOYEES, et al., <br><br> Defendants. <br><br> and <br><br> WILMINGTON TRUST, an interested party. | Case No. CV 11-02619 JSW <br><br> **[PROPOSED] ORDER RE MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE HEARING DATE AND RESET DEADLINES FOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> MSJ Hrg.Date: _____ <br> Time: 9:00 a.m. <br> Location: Courtroom 11, 19th Floor <br> Judge: Jeffrey S. White <br><br> Complaint Filed: June 1, 2011 |

1

[PROPOSED] ORDER RE MOTION FOR ADMINISTRATIVE RELIEF  CASE NO. CV 11-02619 JSW
CONTINUE HEARING DATE AND TO RESET DEADLINES FOR
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT
SF1 76152v1 09/07/11

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

The Administrative Motion filed pursuant to Local Rule 7-11 by Defendants LECG Corporation Deferred Compensation for Employees, LECG Deferred Compensation Plan for Independent Contractors, LECG Corporation Deferred Compensation Plan for Employees Plan Committee, LECG Corporation Deferred Compensation Plan for Independent Contractors Plan Committee, LECG, LLC, LECG Corporation, Steven Samek and Warren Barratt (the "LECG Defendants") to Continue Hearing Date and Reset the Deadlines for LECG Defendants' Opposition to Plaintiffs' Notice of Motion and Motion for Partial Summary Judgment, was filed on September 7, 2011.

Having considered the motion and accompanying declaration of attorney David E. Lurie, and good cause appearing therefore, IT IS ORDERED:

The hearing date of Plaintiff HOWARD CHANG's motion for partial summary judgment is hereby ~~continued from November 4, 2011 to March ___, 2012. The LECG Defendants' opposition papers must be electronically filed and served no later than February 24, 2012. Plaintiff's reply papers must be electronically filed and served no later than March ___, 2012.~~ vacated and shall be reset by further order, if necessary, upon resolution of the motion to stay, dismiss or transfer.

Date: September 13, 2011

/s/ Jeffrey S. White
Hon. Jeffrey S. White
United States District Court Judge

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

2

[PROPOSED] ORDER RE MOTION FOR ADMINISTRATIVE RELIEF CONTINUE HEARING DATE AND TO RESET DEADLINES FOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

CASE NO. CV 11-02619 JSW

SF1 76152v1 09/07/11