**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    HOWARD CHANG, ET AL.,

10          Plaintiffs,                          No. C 11-02619 JSW

11    v.

12    LECG CORPORATION DEFERRED              **ORDER DENYING STIPULATION**
      COMPENSATION PLAN FOR                  **FOR EXTENSION WITHOUT**
13    EMPLOYEES, ET AL.,                     **PREJUDICE**

14          Defendants.

15    _____/

16          The Court DENIES without prejudice the parties' joint stipulation regarding the briefing

17    schedule on Great Hill Defendants' motion to dismiss for failure to demonstrate good cause.

18

19          **IT IS SO ORDERED.**

20

21    Dated:    October 24, 2011                _____
                                                JEFFREY S. WHITE
22                                              UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28