**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD CHANG, ET AL., | |
| Plaintiffs, | No. C 11-02619 JSW |
| v. | |
| LECG CORPORATION DEFERRED COMPENSATION PLAN FOR EMPLOYEES, ET AL., | **ORDER DENYING STIPULATION FOR EXTENSION WITHOUT PREJUDICE** |
| Defendants. | |

The Court DENIES without prejudice the parties' joint stipulation regarding the briefing schedule on Great Hill Defendants' motion to dismiss for failure to demonstrate good cause.

**IT IS SO ORDERED.**

Dated: October 24, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE