James P. Baker (SBN: 096302)
jpbaker@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD CHANG; DAVID EVANS; MICHAEL FLYNN; JEANNE GEE; WILLIAM HENGEMIHLE; DANIEL KASPER; HENRY KAHWATY; PATRICK KILBOURNE; NEAL LAWSON; DAVID OWNBY; DAN REGARD; JOSE A. SANTANA; RICHARD SCHMALENSEE; PATRICIA SHORE; BERNARD SISKIN; GREGORY THALER; EDWARD WESTERMAN; PETER WROBEL and ROBERT YERMAN, <br><br> Plaintiffs, <br><br> v. <br><br> LECG CORPORATION DEFERRED COMPENSATION PLAN FOR EMPLOYEES; LECG DEFERRED COMPENSATION PLAN FOR INDEPENDENT CONTRACTORS; LECG CORPORATION DEFERRED COMPENSATION PLAN FOR EMPLOYEES PLAN COMMITTEE; LECG CORPORATION DEFERRED COMPENSATION PLAN FOR INDEPENDENT CONTRACTORS PLAN COMMITTEE; LECG, LLC; LECG CORPORATION; STEVEN SAMEK, WARREN BARRATT; GREAT HILL INVESTORS, LLC; GREAT HILL EQUITY PARTNERS III, LP; GREAT HILL PARTNERS GP III, LP; GHP III, LLC; CHRISTOPHER S. GAFFNEY; JOHN G. HAYES; MATTHEW T. VETTEL; and DOES 1-10 <br> Defendants. <br><br> and <br><br> WILMINGTON TRUST, an interested party. | Case No. CV 11-02619 JSW <br><br> AMENDED STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO GREAT HILL DEFENDANTS' MOTION TO DISMISS <br><br> Complaint Filed: June 1, 2011 |

AMENDED STIP. & (PROPOSED) ORDER FOR EOT FOR PLAINTIFFS TO RESPOND TO GREAT HILL DEFENDANTS MOTION TO DISMISS
Case No. CV 11-02619 JSW

SF:318290.1

Pursuant to United States District Court for the Northern District of California Local Rule of Civil Procedure 6-2, GREAT HILL INVESTORS, LLC; GREAT HILL EQUITY PARTNERS III, LP; GREAT HILL PARTNERS GP III, LP; GHP III, LLC; CHRISTOPHER S. GAFFNEY; JOHN G. HAYES; and MATTHEW T. VETTEL (collectively referred to as the "Great Hill Defendants") agree that Plaintiffs HOWARD CHANG, DAVID EVANS, MICHAEL FLYNN, JEANNE GEE, WILLIAM HENGEMIHLE, DANIEL KASPER, PATRICK KILBOURNE, NEAL LAWSON, DAVID OWNBY, DAN REGARD, JOSE A. SANTANA, RICHARD SCHMALENSEE, PATRICIA SHORE, BERNARD SISKIN, GREGORY THALER, EDWARD WESTERMAN, PETER WROBEL and ROBERT YERMAN shall have until November 4, 2011, to respond to Great Hill Defendants' Motion to Dismiss. This extension extends the responsive deadline by one week. The purpose for requesting this extension is to allow Plaintiff's counsel to prepare for, travel to and attend a mediation which is being held in Chicago on October 27 and 28, 2011. No prior extensions have been sought by or granted to the Plaintiffs regarding Great Hill Defendants' Motion to Dismiss.

Dated: October 24, 2011                     WINSTON & STRAWN LLP

                                            By: /s/ James P. Baker
                                                James P. Baker

                                            Attorneys for Plaintiffs

Dated: October 24, 2011                     EDWARDS ANGELL PALMER & DODGE LLP

                                            By: /s/ Marc L. Zaken
                                                Marc L. Zaken

                                            Marc L. Zaken (*Admitted PHV*)
                                            EDWARDS ANGELL PALMER & DODGE LLP
                                            301 Tresser Boulevard
                                            Stamford, CT 06901
                                            Telephone:   203.353.6819
                                            Facsimile:   888.325.1667
                                            mzaken@edwardswildman.com

                                            Attorneys for Defendants
                                            GREAT HILL INVESTORS, LLC; GREAT HILL
                                            EQUITY PARTNERS III, LP; GREAT HILL

-2-

PARTNERS GP III, LP; GHP III, LLC; CHRISTOPHER S. GAFFNEY; JOHN G. HAYES; and MATTHEW T. VETTEL

I, James P. Baker, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from Marc L. Zaken.

/s/ James P. Baker
James P. Baker

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __October 25__, 2011

_____
The Honorable Jeffrey S. White
United States District Court Judge