1  James P. Baker (SBN: 096302)
   jpbaker@winston.com
2  WINSTON & STRAWN LLP
   101 California Street
3  San Francisco, CA 94111-5802
   Telephone: (415) 591-1000
4  Facsimile: (415) 591-1400

5  Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD CHANG; DAVID EVANS; MICHAEL FLYNN; JEANNE GEE; WILLIAM HENGEMIHLE; DANIEL KASPER; HENRY KAHWATY; PATRICK KILBOURNE; NEAL LAWSON; DAVID OWNBY; DAN REGARD; JOSE A. SANTANA; RICHARD SCHMALENSEE; PATRICIA SHORE; BERNARD SISKIN; GREGORY THALER; EDWARD WESTERMAN; PETER WROBEL and ROBERT YERMAN, <br><br> Plaintiffs, <br> v. <br><br> LECG CORPORATION DEFERRED COMPENSATION PLAN FOR EMPLOYEES; LECG DEFERRED COMPENSATION PLAN FOR INDEPENDENT CONTRACTORS; LECG CORPORATION DEFERRED COMPENSATION PLAN FOR EMPLOYEES PLAN COMMITTEE; LECG CORPORATION DEFERRED COMPENSATION PLAN FOR INDEPENDENT CONTRACTORS PLAN COMMITTEE; LECG, LLC; LECG CORPORATION; STEVEN SAMEK, WARREN BARRATT; GREAT HILL INVESTORS, LLC; GREAT HILL EQUITY PARTNERS III, LP; GREAT HILL PARTNERS GP III, LP; GHP III, LLC; CHRISTOPHER S. GAFFNEY; JOHN G. HAYES; MATTHEW T. VETTEL; and DOES 1-10 <br> Defendants. <br><br> and <br><br> WILMINGTON TRUST, an interested party. | Case No. CV 11-02619 JSW <br><br> AMENDED STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO GREAT HILL DEFENDANTS' MOTION TO DISMISS <br><br> Complaint Filed: June 1, 2011 |

AMENDED STIP. & (PROPOSED) ORDER FOR EOT FOR PLAINTIFFS TO RESPOND TO GREAT HILL DEFENDANTS MOTION TO DISMISS
Case No. CV 11-02619 JSW

SF:318290.1

Pursuant to United States District Court for the Northern District of California Local Rule of Civil Procedure 6-2, GREAT HILL INVESTORS, LLC; GREAT HILL EQUITY PARTNERS III, LP; GREAT HILL PARTNERS GP III, LP; GHP III, LLC; CHRISTOPHER S. GAFFNEY; JOHN G. HAYES; and MATTHEW T. VETTEL (collectively referred to as the "Great Hill Defendants") agree that Plaintiffs HOWARD CHANG, DAVID EVANS, MICHAEL FLYNN, JEANNE GEE, WILLIAM HENGEMIHLE, DANIEL KASPER, PATRICK KILBOURNE, NEAL LAWSON, DAVID OWNBY, DAN REGARD, JOSE A. SANTANA, RICHARD SCHMALENSEE, PATRICIA SHORE, BERNARD SISKIN, GREGORY THALER, EDWARD WESTERMAN, PETER WROBEL and ROBERT YERMAN shall have until November 4, 2011, to respond to Great Hill Defendants' Motion to Dismiss. This extension extends the responsive deadline by one week. The purpose for requesting this extension is to allow Plaintiff's counsel to prepare for, travel to and attend a mediation which is being held in Chicago on October 27 and 28, 2011. No prior extensions have been sought by or granted to the Plaintiffs regarding Great Hill Defendants' Motion to Dismiss.

Dated: October 24, 2011	WINSTON & STRAWN LLP

By: /s/ James P. Baker
James P. Baker

Attorneys for Plaintiffs

Dated: October 24, 2011	EDWARDS ANGELL PALMER & DODGE LLP

By: /s/ Marc L. Zaken
Marc L. Zaken

Marc L. Zaken (*Admitted PHV*)
EDWARDS ANGELL PALMER & DODGE LLP
301 Tresser Boulevard
Stamford, CT 06901
Telephone: 203.353.6819
Facsimile: 888.325.1667
mzaken@edwardswildman.com

Attorneys for Defendants
GREAT HILL INVESTORS, LLC; GREAT HILL
EQUITY PARTNERS III, LP; GREAT HILL

-1-

AMENDED STIP. & (PROPOSED) ORDER FOR EOT FOR PLAINTIFFS TO RESPOND TO
GREAT HILL DEFENDANTS MOTION TO DISMISS
Case No. CV 11-02619 JSW

SF:318290.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

PARTNERS GP III, LP; GHP III, LLC; CHRISTOPHER S. GAFFNEY; JOHN G. HAYES; and MATTHEW T. VETTEL

I, James P. Baker, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from Marc L. Zaken.

/s/ James P. Baker
James P. Baker

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __October 25___, 2011

_____
The Honorable Jeffrey S. White
United States District Court Judge

101 California Street
San Francisco, CA 94111-5802

-2-
AMENDED STIP. & (PROPOSED) ORDER FOR EOT FOR PLAINTIFFS TO RESPOND TO
GREAT HILL DEFENDANTS MOTION TO DISMISS
Case No. CV 11-02619 JSW