IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD CHANG, et al, <br><br> Plaintiffs, <br><br> v. <br><br> LECG CORPORATION DEFERRED COMPENSATION PLAN FOR EMPLOYEES, et al., <br><br> Defendants. | No. C 11-02619 JSW <br><br> **ORDER REQUIRING JOINT STATUS REPORT** |

On January 5, 2012, this Court issued an Order staying this case pending a ruling from the United States District Court for the Eastern District of Pennsylvania in *LECG Corporation, et al. v. Abadala, et al.,* Civil Action No. 11-3247 (the "Pennsylvania Action"). (Docket No. 87.) On February 6, 2012, the parties filed a Notice of Tentative Settlement Among Certain Plaintiffs and All Defendants. (Docket No. 88.) There has been no further action in this case. Accordingly, it is HEREBY ORDERED that the parties shall file a joint status report that addresses: (1) the status of the Pennsylvania Action; (2) the status of the tentative settlement; and (3) whether and when the parties anticipate filing requests to lift the stay or dismissals. The joint status report shall be due by no later than January 18, 2013.

**IT IS SO ORDERED.**

Dated: January 8, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE