James P. Baker (SBN: 096302)
james.baker@bakermckenzie.com
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: (415) 591-3232
Facsimile: (415) 576-3099

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD CHANG; et al., | Case No. CV 11-02619 JSW |
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| LECG CORPORATION DEFERRED COMPENSATION PLAN FOR EMPLOYEES, et al. | |
| Defendants. and | |
| WILMINGTON TRUST, an interested party. | |

IT IS HEREBY JOINTLY STIPULATED AND AGREED by Howard Chang; David Evans; Michael Flynn; Jeanne Gee; William Hengemihle; Daniel Kasper; Henry Kahwaty; Patrick Kilbourne; Neal Lawson; David Ownby; Dan Regard; Jose A. Santana; Richard Schmalensee; Patricia Shore; Bernard Siskin; Gregory Thaler; Edward Westerman; Peter Wrobel and Robert Yerman ("Plaintiffs"); and LECG Corporation Deferred Compensation Plan for Employees; LECG Corporation Deferred Compensation Plan For Independent Contractors; LECG Corporation Deferred Compensation Plan For Employees Plan Committee; LECG Corporation Deferred Compensation Plan For Independent Contractors Plan Committee; LECG, LLC; LECG Corporation; Steven Samek and Warren Barratt; (collectively, the "LECG Parties"); and Great Hill Investors, LLC; Great Hill Equity Partners III, LP; Great Hill Partners GP III, LP; GHP III, LLC; Christopher S. Gaffney; John G. Hayes and Matthew T. Vettel (collectively, the

1

1  "Great Hill Parties") (all collectively, the "Parties"), by and through their respective counsel of
2  record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):
3      1.   All claims against all parties to the above-captioned action are hereby dismissed
4  with prejudice.  Specifically, Plaintiffs hereby dismiss with prejudice their lawsuit against the
5  LECG Parties and the Great Hill Parties in the United States District Court for the Northern
6  District of California in this case known as, *Chang v. LECG Corporation Deferred
7  Compensation Plan for Employees*, Case No. 11-cv-2619-JSW, alleging violations of the
8  Employee Retirement Income Security Act, 29 U.S.C. § 1001, et seq ("ERISA") with respect
9  to the Plaintiffs' participation in the LECG Corporation Deferred Compensation Plan for
10 Employees and the LECG Corporation Deferred Compensation Plan For Independent Contractors
11 (the "Plans"), breaches of contract and fiduciary duties, and other claims.
12     2.   Each party shall bear its own attorneys' fees and costs.
13     3.   This matter is concluded in its entirety and shall be dismissed.
14     4.   Execution and filing of this Stipulation of Dismissal with Prejudice and
15 [Proposed] Order by counsel for all parties constitutes a dismissal of this lawsuit, with
16 prejudice, effective upon entry by the Court, pursuant to Federal Rule of Civil Procedure
17 41(a)(1)(A)(ii).  Any and all remaining issues are waived.

                                       Respectfully submitted,

Dated:  February 21, 2013              /s/ James P. Baker
                                       James P. Baker (SBN:  096302)
                                       Baker & McKenzie, LLP
                                       Two Embarcadero Center, 11th Floor
                                       San Francisco, CA 94111
                                       Tel: (415) 576-3000
                                       james.baker@bakermckenzie.com
                                       Attorneys for Plaintiffs

                                       -and-

Dated: February 21, 2013               /s/ Jeffrey D. Polsky
                                       Jeffrey D. Polsky (SBN: 120975)
                                       Fox Rothschild LLP
                                       235 Pine Street, Suite 1500
                                       San Francisco, CA 94104-2734
                                       Tel:  (415) 364-5540
                                       Fax: (415) 391-4436
                                       Email: jpolsky@foxrothschild.com

David E. Lurie (*Admitted PHV*)
Thomas E. Lent (*Admitted PHV*)
Lurie, Lent & Friedman, LLP
One McKinley Square
Boston, MA  02109
Tel:  (617) 367-1970
dlurie@lurielent.com
tlent@lurielent.com

Attorneys for LECG Corporation, LECG, LLC, LECG Corporation Deferred Compensation Plan for Employees, LECG Corporation Deferred Compensation Plan for Employees Plan Committee, LECG Corporation Deferred Compensation Plan for Independent Contractors, LECG Corporation Deferred Compensation Plan for Independent Contractors Plan Committee, Steven Samek, and Warren Barratt

-and-

Dated:  February 21, 2013          /s/ Erica Kristen Rocush
Erica Kristen Rocush (SBN: 262354)
Ogletree Deakins Nash Smoak & Stewart, P.C.
One Market Plaza
Steuart Tower, Suite 1300
San Francisco, CA 94105
Tel: (415) 442-4810
Fax: (415) 442-4870
Email: erica.rocush@ogletreedeakins.com

Marc L. Zaken (*Admitted PHV*)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C. 20006
Tel: (202) 887-0855
Email:  marc.zaken@ogletreedeakins.com

Attorneys for Great Hill Investors, LLC, Great Hill Equity Partners III, LP, Great Hill Partners GP III, LP, GHP III, LLC, Christopher S. Gaffney, John G. Hayes, and Matthew T. Vettel

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED:**

Dated:  _____          _____
                                          Hon. Jeffrey S. White
                                          United States District Judge

3
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

1 **ATTESTATION CERTIFICATE**

2 In accordance with the Northern District of California's General Order No. 45, Section X(B),

3 I attest that concurrence in the filing of this document has been obtained from each of the other

4 signatories who are listed on the signature page.

5 Dated: February 21, 2013

6 /s/ James P. Baker
James P. Baker
BAKER & McKENZIE LLP
7 Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
8 Telephone: (415) 576-3000
Facsimile: (415) 576-3099

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Case No. CV 11 2619 JSW

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California, by Baker & McKenzie LLP. My business address is Two Embarcadero Center, 11th Floor, San Francisco, CA 94111.

On February 21, 2013, in the County of San Francisco, California, I served the **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** by placing true and correct copy thereof in an envelope addressed as follows:

Michael J. Prame
The Groom Law Group
1701 Pennsylvania Ave., N.W.
Washington, DC 20006
Phone: 202-861-6633
Fax: 202-659-4503
Email: MPramegroom.com

Attorney for WILMINGTON TRUST, an interested party

On that date, I sealed the envelope and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 21, 2013

_Bobette M. Tolmer_
Bobette M. Tolmer