James P. Baker (SBN: 096302)
james.baker@bakermckenzie.com
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: (415) 591-3232
Facsimile: (415) 576-3099

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD CHANG; et al., </br></br> Plaintiffs, </br></br> v. </br></br> LECG CORPORATION DEFERRED COMPENSATION PLAN FOR EMPLOYEES, et al. </br></br> Defendants. </br> and </br></br> WILMINGTON TRUST, an interested party. | Case No. CV 11-02619 JSW </br></br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

IT IS HEREBY JOINTLY STIPULATED AND AGREED by Howard Chang; David Evans; Michael Flynn; Jeanne Gee; William Hengemihle; Daniel Kasper; Henry Kahwaty; Patrick Kilbourne; Neal Lawson; David Ownby; Dan Regard; Jose A. Santana; Richard Schmalensee; Patricia Shore; Bernard Siskin; Gregory Thaler; Edward Westerman; Peter Wrobel and Robert Yerman ("Plaintiffs"); and LECG Corporation Deferred Compensation Plan for Employees; LECG Corporation Deferred Compensation Plan For Independent Contractors; LECG Corporation Deferred Compensation Plan For Employees Plan Committee; LECG Corporation Deferred Compensation Plan For Independent Contractors Plan Committee; LECG, LLC; LECG Corporation; Steven Samek and Warren Barratt; (collectively, the "LECG Parties"); and Great Hill Investors, LLC; Great Hill Equity Partners III, LP; Great Hill Partners GP III, LP; GHP III, LLC; Christopher S. Gaffney; John G. Hayes and Matthew T. Vettel (collectively, the

1 | "Great Hill Parties") (all collectively, the "Parties"), by and through their respective counsel of
2 | record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

3 |     1. All claims against all parties to the above-captioned action are hereby dismissed
4 | with prejudice. Specifically, Plaintiffs hereby dismiss with prejudice their lawsuit against the
5 | LECG Parties and the Great Hill Parties in the United States District Court for the Northern
6 | District of California in this case known as, *Chang v. LECG Corporation Deferred*
7 | *Compensation Plan for Employees*, Case No. 11-cv-2619-JSW, alleging violations of the
8 | Employee Retirement Income Security Act, 29 U.S.C. § 1001, et seq ("ERISA") with respect
9 | to the Plaintiffs' participation in the LECG Corporation Deferred Compensation Plan for
10 | Employees and the LECG Corporation Deferred Compensation Plan For Independent Contractors
11 | (the "Plans"), breaches of contract and fiduciary duties, and other claims.

12 |     2. Each party shall bear its own attorneys' fees and costs.

13 |     3. This matter is concluded in its entirety and shall be dismissed.

14 |     4. Execution and filing of this Stipulation of Dismissal with Prejudice and
15 | [Proposed] Order by counsel for all parties constitutes a dismissal of this lawsuit, with
16 | prejudice, effective upon entry by the Court, pursuant to Federal Rule of Civil Procedure
17 | 41(a)(1)(A)(ii). Any and all remaining issues are waived.

Respectfully submitted,

Dated: February 21, 2013

/s/ James P. Baker
James P. Baker (SBN: 096302)
Baker & McKenzie, LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Tel: (415) 576-3000
james.baker@bakermckenzie.com
Attorneys for Plaintiffs

-and-

Dated: February 21, 2013

/s/ Jeffrey D. Polsky
Jeffrey D. Polsky (SBN: 120975)
Fox Rothschild LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104-2734
Tel: (415) 364-5540
Fax: (415) 391-4436
Email: jpolsky@foxrothschild.com

|   |   |   |
|---|---|---|
| 1 |   | David E. Lurie (*Admitted PHV*) |
| 2 |   | Thomas E. Lent (*Admitted PHV*) |
|   |   | Lurie, Lent & Friedman, LLP |
| 3 |   | One McKinley Square |
|   |   | Boston, MA 02109 |
| 4 |   | Tel: (617) 367-1970 |
|   |   | dlurie@lurielent.com |
| 5 |   | tlent@lurielent.com |

Attorneys for LECG Corporation, LECG, LLC, LECG Corporation Deferred Compensation Plan for Employees, LECG Corporation Deferred Compensation Plan for Employees Plan Committee, LECG Corporation Deferred Compensation Plan for Independent Contractors, LECG Corporation Deferred Compensation Plan for Independent Contractors Plan Committee, Steven Samek, and Warren Barratt

-and-

Dated: February 21, 2013         /s/ Erica Kristen Rocush
Erica Kristen Rocush (SBN: 262354)
Ogletree Deakins Nash Smoak & Stewart, P.C.
One Market Plaza
Steuart Tower, Suite 1300
San Francisco, CA 94105
Tel: (415) 442-4810
Fax: (415) 442-4870
Email: erica.rocush@ogletreedeakins.com

Marc L. Zaken (*Admitted PHV*)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C. 20006
Tel: (202) 887-0855
Email: marc.zaken@ogletreedeakins.com

Attorneys for Great Hill Investors, LLC, Great Hill Equity Partners III, LP, Great Hill Partners GP III, LP, GHP III, LLC, Christopher S. Gaffney, John G. Hayes, and Matthew T. Vettel

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED:**

Dated: February 21, 2013         */s/ Jeffrey S. White*
Hon. Jeffrey S. White
United States District Judge